UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WHITNEY DUENEZ, individually
and as successor-in-interest
for Decedent ERNESTO DUENEZ,
JR.; D.D., a minor, by and
through his guardian ad
litem, WHITNEY DUENEZ;
ROSEMARY DUENEZ, individually;
and ERNESTO DUENEZ, SR.,
individually,

      Plaintiffs,

  v.

CITY OF MANTECA, a municipal
corporation; DAVID BRICKER,
in his capacity as Chief of
Police for the CITY OF
MANTECA; (FNU) AGUILAR,
individually and in his
official capacity as a police
officer for the CITY OF
MANTECA; and DOES 1-100,
inclusive,

      Defendants.
_____/

NO. CIV. S-11-1820 LKK/KJN

O R D E R

A status conference was held in chambers on September 12, 2011.  After hearing, the court orders as follows:

////

1

1. A further status conference is set for October 17, 2011 at 2:00 p.m.

IT IS SO ORDERED.

DATED: September 13, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2