AUSTIN R. GIBBONS, ESQ. SBN 034619
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY DUENEZ, individually, and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.; D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, Sr., individually, <br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MANTECA, a municipal corporation; DAVID BRICKER, in his capacity as Chief of Police for THE CITY OF MANTECA; (FNU) AGUILAR, individually and in his official capacity as a police officer for the CITY OF MANTECA; and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO. 2:11-cv-01820-LKK-KJN<br><br>**STIPULATION OF THE PARTIES AND PROTECTIVE ORDER** |

This Stipulation and Protective Order is made and entered into by and between plaintiffs and defendants in the above-referenced case, and subject to the Court's approval.

It is hereby stipulated and agreed, by plaintiffs and defendants, through their respective attorneys, in order to facilitate the initial disclosure and the exchange of materials in discovery in this action, as follows:

1. This Stipulation and Order pertains to disclosure by defendants, as an initial disclosure under Rule 26(a)(1), as well as any subsequent disclosure by defendant in discovery, of certain material developed or acquired as part of an investigation by the San Joaquin County District Attorney's investigation of the death of decedent Ernesto Duenez, Jr. Documents subject to this Order shall be referred to as "Confidential Material" hereafter. This Stipulation and Order shall also relate to the disclosure of personally identifiable information concerning non-party witnesses to this action.

2. This Stipulation and Order, with respect to Confidential Information, shall be effective until the date the San Joaquin County District Attorney's Office has concluded its investigation into the death of decedent Ernesto Duenez, Jr. The parties understand and expect that upon conclusion of San Joaquin County District Attorney's investigation, the District Attorney will issue a report pertaining to the death of decedent Ernesto Duenez, Jr. Defendants' counsel shall advise Plaintiffs' counsel of the date the District Attorney's investigation is concluded. Except as otherwise set forth herein, this Order shall expire upon the conclusion of the District Attorney's investigation with respect to the disclosed Confidential Information.

STIPULATION OF THE PARTIES AND PROTECTIVE ORDER       CASE NO. 2:11-cv-01820-LKK-KHN

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

3. Plaintiffs and their agents shall not disclose the Confidential Material subject to this Stipulation and Order, or the substance of the documents, to anyone, except as allowed in this Stipulation and Order.

4. If any of the Confidential Materials are to be utilized in further proceedings, before the expiration of their protection, including in discovery, they are to be designated as "Confidential Material." Such designation shall be made by stamping or otherwise marking the material on the non-print side, if available, prior to use in this litigation as follows: "Confidential Material Subject To Protective Order."

5. Confidential Material shall not be displayed or described to anyone other than the plaintiffs, plaintiffs' counsel and staff, and plaintiffs' expert consultants, before the San Joaquin District Attorney's Office has completed its investigation and issued its report concerning the death of decedent Ernesto Duenez.

6. Plaintiffs' counsel shall not make any copies of any of the Confidential Material prior to the issuance of the issuance of the District Attorney's report, and will not distribute its copy to anyone outside plaintiffs' counsel's office. Anyone entitled to review the confidential material will have to review plaintiffs' counsel's copy. It is the intent of this Stipulation and agreement that plaintiffs' counsel shall at all times maintain sole custody of the disclosed Confidential Material on behalf of plaintiffs.

7. Nothing in this Stipulation and Order shall impair plaintiffs' right to file lawful pleadings in this action in conformance with the Federal Rules of Civil Procedure. Plaintiff shall not attach any of the Confidential Material to any pleading during the

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

pendency of this Stipulation and Order. Plaintiffs shall be permitted to use in their pleadings information derived from the District Attorney's investigation, even if the District Attorney's investigation is not completed, except plaintiffs shall not include personally identifiable information about non-party witnesses absent further order of the Court, as further set forth in paragraph 8 herein.

8. With respect to the identity of witnesses other than parties to this action, plaintiffs, their counsel and agents, shall not publicly disclose personally identifiable information concerning such witnesses prior to the completion of the District Attorney's Office's investigation. Thereafter, plaintiffs shall not publicly disclose personally identifiable witness information without first consulting with defendants' counsel. If counsel for the parties are unable to come to an agreement, defense counsel may promptly move for further protective order, and plaintiffs counsel shall not publicly disclose the witness information until the Court has ruled upon the request for protective order.

9. Each person to whom disclosure of Confidential Material or witness identity is made shall, prior to the time of disclosure, be provided by the person furnishing him/her such material a copy of this Order, and shall agree in writing that he/she has read the Protective Order, and that he/she understands the provisions of the Protective Order. Such person also must consent to be subject to the jurisdiction of the United States District Court for the Eastern District of California with respect to any proceeding relating to enforcement of this Order, including without limitation, any

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

proceeding for contempt. Counsel making disclosure to any person described above shall retain the original executed copy of said agreement until final termination of this litigation.

10. The foregoing is without prejudice to the right of any party to apply to the Court for a further Protective Order relating to any Confidential Material or witness identity disclosure or other modification of this Order.

SO STIPULATED:

Dated:   September 29, 2011          LAW OFFICES OF JOHN L. BURRIS

                                     By:   /s/ Benjamin Nisenbaum
                                           BENJAMIN NISENBAUM
                                           Attorneys for Plaintiffs

Dated:   September 29, 2011          GIBBONS & CONLEY

                                     By:   /s/ Sean C. Conley
                                           AUSTIN R. GIBBONS
                                           SEAN C. CONLEY
                                           Attorneys for Defendants

APPROVED AND SO ORDERED.

DATED: October 4, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF THE PARTIES AND PROTECTIVE ORDER          CASE NO. 2:11-cv-01820-LKK-KHN

5