UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WHITNEY DUENEZ, individually
and as successor-in-interest
for Decedent ERNESTO DUENEZ,
JR.; D.D., a minor, by and
through his guardian ad
litem, WHITNEY DUENEZ;
ROSEMARY DUENEZ, individually;
and ERNESTO DUENEZ, SR.,
individually,

      NO. CIV. S-11-1820 LKK/KJN

    Plaintiffs,

  v.

      O R D E R

CITY OF MANTECA, a municipal
corporation; DAVID BRICKER,
in his capacity as Chief of
Police for the CITY OF
MANTECA; (FNU) AGUILAR,
individually and in his
official capacity as a police
officer for the CITY OF
MANTECA; and DOES 1-100,
inclusive,

    Defendants.
                               /

    Pending before the court in the above captioned case is
defendants' motion to dismiss, strike, and for a more definite
statement, currently set to be heard on October 11, 2011.  Defs'

1

1 Mot. to Dismiss, ECF No. 9 (Aug. 30, 2011).  Due to a court
2 scheduling conflict, the court CONTINUES the hearing to October 24,
3 2011, at 10:00 A.M.
4     IT IS SO ORDERED.
5     DATED:  October 4, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT