UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WHITNEY DUENEZ, individually
and as successor-in-interest
for Decedent ERNESTO DUENEZ,
JR.; D.D., a minor, by and
through his guardian ad
litem, WHITNEY DUENEZ;
ROSEMARY DUENEZ, individually;
and ERNESTO DUENEZ, SR.,
individually,                          NO. CIV. S-11-1820 LKK/KJN

     Plaintiffs,

  v.
                                        O R D E R
CITY OF MANTECA, a municipal
corporation; DAVID BRICKER,
in his capacity as Chief of
Police for the CITY OF
MANTECA; (FNU) AGUILAR,
individually and in his
official capacity as a police
officer for the CITY OF
MANTECA; and DOES 1-100,
inclusive,

     Defendants.
_____/

    A status conference was held in chambers on November 28,

2011.  After hearing, the court orders as follows:

////

1

1.   A further status conference is set for February 27, 2012

at 2:00 p.m.

IT IS SO ORDERED.

DATED:  December 2, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT