UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WHITNEY DUENEZ, individually and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.; D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, SR., individually,

    Plaintiffs,

  v.

CITY OF MANTECA, a municipal corporation; DAVID BRICKER, in his capacity as Chief of Police for the CITY OF MANTECA; (FNU) AGUILAR, individually and in his official capacity as a police officer for the CITY OF MANTECA; and DOES 1-100, inclusive,

    Defendants.

NO. CIV. S-11-1820 LKK/KJN

O R D E R

Pending before the court in the above captioned case is Defendants' motion to dismiss, strike, and for a more definite statement, set to be heard on January 30, 2012.  Defs' Mot., ECF

1

No. 27.  In support of Plaintiffs' opposition, Pls' Opp'n, ECF No. 29, Plaintiffs have filed a request for the court to file under seal "the Declaration of Benjamin Nisenbaum in Support of Plaintiff's Opposition to Defendants' Second Motion to Dismiss EXHIBIT A: a true and correct copy of the video footage of the subject-incident."  Pls' Req., ECF No. 30, at 1-2.

In general, a district court may not consider material beyond the pleadings in ruling on a motion to dismiss for failure to state a claim.  See, e.g., Hal Roach Studios, Inc. v. Richard Feiner & Co., 896 F.2d 1542, 1555 n.19 (9th Cir. 1989) (citing Fort Vancouver Plywood Co. v. United States, 747 F.2d 547, 552 (9th Cir. 1984)).  The court, therefore, declines to consider Plaintiffs' submitted video footage in ruling on this motion.  The court will return the subject video to Plaintiffs' counsel.

Plaintiffs' request, ECF No. 30, is therefore DENIED AS MOOT.

IT IS SO ORDERED.

DATED: January 27, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT