1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WHITNEY DUENEZ, individually
    and as successor-in-interest
11  for Decedent ERNESTO DUENEZ,
    JR.; D.D., a minor, by and
12  through his guardian ad
    litem, WHITNEY DUENEZ;
13  ROSEMARY DUENEZ, individually;
    and ERNESTO DUENEZ, SR.,
14  individually,                          NO. CIV. S-11-1820 LKK/KJN

15          Plaintiffs,

16      v.
                                                    O R D E R
17  CITY OF MANTECA, a municipal
    corporation; DAVID BRICKER,
18  in his capacity as Chief of
    Police for the CITY OF
19  MANTECA; (FNU) AGUILAR,
    individually and in his
20  official capacity as a police
    officer for the CITY OF
21  MANTECA; and DOES 1-100,
    inclusive,
22
            Defendants.
23  _____/

24      A status conference was held in chambers on March 26, 2012.

25  After hearing, the court orders as follows:

26  ////

1

1. A further status conference is set for June 25, 2012 at 3:00 p.m.  The parties shall file updated status reports 14 days prior to the status conference.

IT IS SO ORDERED.

DATED:  March 28, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT