AUSTIN R. GIBBONS, ESQ. SBN 034619
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600; Fax: (925) 932-1623

ATTORNEYS FOR DEFENDANTS CITY OF MANTECA, DAVID BRICKER AND JOHN MOODY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY DUENEZ, individually, and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.; D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, Sr., individually,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MANTECA, a municipal corporation; DAVID BRICKER, in his capacity as Chief of Police for THE CITY OF MANTECA; (FNU) AGUILAR, individually and in his official capacity as a police officer for the CITY OF MANTECA; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:11-CV-01820-LKK-KJN<br><br>**STIPULATION OF THE PARTIES AND PROTECTIVE ORDER** |

　　　This Stipulation and Protective Order is made and entered into by and between plaintiffs and defendants in the above-referenced case, and subject to the Court's approval.

　　　It is hereby stipulated and agreed, by plaintiffs and defendants, through their respective attorneys, in order to facilitate the exchange of materials in discovery in this action, as follows:

1. Unless otherwise ordered by the Court, plaintiffs shall not disclose the documents or copies of the documents subject to this Stipulation and Order, or the substance of the documents to anyone except as allowed in this Stipulation and Order.

2. The documents subject to this Stipulation and Order to be utilized in further discovery or proceedings are to be designated as "Confidential Material." Such designation shall be made by stamping or otherwise marking the material on the non-print side, if available, prior to use in this litigation as follows: "Confidential Material Subject To Protective Order."

3. Confidential Material shall be used solely in connection with this litigation and the preparation and trial of this case, or any related appellate proceeding, and not for any other purpose, including any other litigation.

4. This Stipulation and Order shall apply to Confidential Material derived from and obtained in:

   (a) Documents produced in discovery, including documents produced in response to requests for the production of documents, deposition notices or subpoenas;

   (b) Responses to requests for admissions;

   (c) Responses to interrogatories;

   (d) Transcripts of depositions and excerpts thereof, including exhibits thereto;

   (e) Other responses, declarations, or affidavits in connection with discovery requests;

   (f) Briefs, motions, declarations, affidavits, and other documents containing Confidential material that are filed with the Court; and

   (g) Deposition testimony.

5. Confidential Material may not be disclosed except as set forth in paragraph 6.

6. Confidential Material may be disclosed only to the following persons:

   (a) Counsel for any party and any party to this action;

   (b) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in (a);

   (c) Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

      (d)    Any outside expert or consultant, including investigators, retained in connection with this action, and not otherwise employed by either party;

      (e)    Any "in house" expert designated by defendants to testify at trial in this matter;

      (f)    Witnesses, other than plaintiffs herein, may have the documents disclosed to them during deposition proceedings; the witnesses may not leave the deposition with copies of the documents, and shall be bound by the provisions of paragraph 6.

Nothing in this paragraph (6) is intended to prevent officials or employees of the City of Manteca or other authorized government officials from having access to the documents if they would have had access in the normal course of their job duties.  Further, nothing in this order prevents a witness from disclosing events or activities personal to them, i.e., a witness can disclose to others previous information given to the City of Manteca with respect to what he or she saw, heard, or otherwise sensed.

7.    Each person to whom disclosure is made, with the exception of counsel who are presumed to know of the contents of this protective order, shall prior to the time of disclosure be provided by the person furnishing him/her such material a copy of this order, and shall agree on the record or in writing that he/she has read the protective order, and that he/she understands the provisions of the protective order.  Such person also must consent to be subject to the jurisdiction of the United States District Court for the Eastern District of California with respect to any proceeding relating to enforcement of this order, including without limitation, any proceeding for contempt. Unless made on the record in this litigation, counsel making disclosure to any person described above shall retain the original executed copy of said agreement until final termination of this litigation.

8.    At the conclusion of the trial and of any appeal or upon other termination of this litigation, all Confidential Material received under the provision of this order (including any copies made) shall be tendered back to the City of Manteca.  Provisions of this order insofar as they restrict disclosure and use of the material shall be in effect until further order of this court.

9.    The foregoing is without prejudice to the right of any party:  (a) to apply to the court for a further protective order relating to any Confidential material or relating to discovery in this

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

3

STIPULATION OF THE PARTIES AND PROTECTIVE ORDER

CASE NO. 2:11-CV-01820-LKK-KJN

litigation; (b) to apply to the court for an order removing the Confidential Material designation from any documents; and (c) to apply to the court for an order compelling production of documents or modification of this order or for any order permitting disclosure of Confidential Material beyond the terms of this Order.

10. If plaintiffs wish to file with the Court any documents marked Confidential Material, plaintiffs shall notify defendants a reasonable period before hand to afford defendants an opportunity to seek to have the document sealed under Local Rule 141.

SO STIPULATED:

Dated:  October 18, 2012			LAW OFFICES OF JOHN L. BURRIS

					By  /s/ Ben Nisenbaum
					    BEN NISENBAUM
					Attorneys for Plaintiffs, WHITNEY DUENEZ, individually, and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.; D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, Sr., individually

Dated:  October 24, 2012			GIBBONS & CONLEY

					By      /s/ Sean Conley
					    SEAN C. CONLEY
					Attorneys for Defendants, CITY OF MANTECA, DAVID BRICKER AND JOHN MOODY

SO ORDERED:
**Date: 10/26/2012**

					_____
					KENDALL J. NEWMAN
					UNITED STATES MAGISTRATE JUDGE

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

4

STIPULATION OF THE PARTIES AND PROTECTIVE ORDER         CASE NO. 2:11-CV-01820-LKK-KJN

RECIPIENT'S ACKNOWLEDGMENT OF PROTECTIVE ORDER

    I, _____, have received documents subject to the Protective Order, and have reviewed this order and agree to its terms, including my being subject to the jurisdiction of this Court for enforcement proceedings.

Date: _____                                      _____

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

5

STIPULATION OF THE PARTIES AND PROTECTIVE ORDER    CASE NO. 2:11-CV-01820-LKK-KJN