IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WHITNEY DUENEZ et al.,

    Plaintiffs,                              No. 2:11-cv-1820 LKK AC

    v.

CITY OF MANTECA et al.,

    Defendants.                           <u>ORDER</u>

_____/

        Before the Court is Plaintiffs' November 5, 2012 Request to Seal Documents pertaining to Exhibits A and H as attached to the Declaration of Benjamin Nisenbaum In Support of Plaintiffs' Motion to Compel Responses to Request for Production of Documents to Defendant City (Set One) and Motion for Sanctions.

        After considering this request, and noting that no objections have been filed, the Court finds good cause pursuant to Local Rule 141 to seal the documents attached to the Declaration of Benjamin Nisenbaum In Support of Plaintiffs' Motion to Compel Responses to Request for Production of Documents to Defendant City (Set One) and Motion for Sanctions because they were produced to Plaintiffs pursuant to the Stipulated Protective Order issued by the Court and, as such, are confidential under the terms of the Order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' November 5, 2012 Request to Seal Documents is granted.

DATED: February 13, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;duen1820.seal