IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WHITNEY DUENEZ et al.,

    Plaintiffs,                        No. 2:11-cv-1820 LKK AC

    v.

CITY OF MANTECA et al.,

    Defendants.                   <u>ORDER</u>

_____/

          This case arises from the shooting death of Ernesto Duenez, Jr. and is brought pursuant to 42 U.S.C. § 1983.  On February 22, 2013, the undersigned granted in part plaintiffs' November 5, 2012 motion to compel, but reserved ruling on defendants' objection to plaintiffs' Request for Production of Documents No. 5 pending an *in camera* review.  On February 28, 2013, defendants delivered responsive documents to this request to the undersigned's chambers.  On review, the court finds that the documents are, in large part, not relevant and therefore do not override Officer Moody's privacy objection.  That is, they are not reasonably calculated to lead to the discovery of admissible evidence.  There is, however, one document (page number 000005) that is relevant notwithstanding Officer Moody's privacy objection, and which the court will order produced.

1         Accordingly, IT IS HEREBY ORDERED that defendant's objection to plaintiffs' Request for Production of Documents No. 5 is partially overruled. Defendants are directed to produce only page number 000005 of those documents submitted to the court for *in camera* review to plaintiffs within seven days from the date of this order and subject to the protective order in this case.

DATED: March 1, 2013.

                                    /s/ Allison Claire
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

/mb;duen1820.disc