UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WHITNEY DUENEZ, individually and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.; D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, SR., individually,

    Plaintiffs,

  v.

CITY OF MANTECA, a municipal corporation; DAVID BRICKER, in his capacity as Chief of Police for the CITY OF MANTECA; (FNU) AGUILAR, individually and in his official capacity as a police officer for the CITY OF MANTECA; and DOES 1-100, inclusive,

    Defendants.
_____/

NO. CIV. S-11-1820 LKK/KJN

O R D E R

    The court is in receipt of the parties' stipulation to modify the pre-trial scheduling order. Stip., ECF No. 61. Good cause appearing, based on the delayed hearing of Plaintiffs' Motion to

1

1  Compel discovery, the court hereby orders the following
2  modifications to the Pre-Trial Scheduling Order in this action.
3  • Expert witness designations are due on June 5, 2013.
4  • Discovery shall be completed by July 19, 2013.
5  • Motions to Compel Discovery shall be heard not later
6     than June 20, 2013.
7  • Law and motions matters shall be heard by September 20,
8     2013.
9  • Final Pretrial Conference is SET for December 16, 2013
10    at 2:30 P.M.
11 • Trial is SET for March 25, 2014.
12 IT IS SO ORDERED.
13 DATED: March 14, 2013.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2