UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WHITNEY DUENEZ, individually
and as successor-in-interest
for Decedent ERNESTO DUENEZ,
JR.; D.D., a minor, by and
through his guardian ad
litem, WHITNEY DUENEZ;
ROSEMARY DUENEZ, individually;
and ERNESTO DUENEZ, SR.,
individually,

NO. CIV. S-11-1820 LKK/KJN

  Plaintiffs,

  v.

O R D E R

CITY OF MANTECA, a municipal
corporation; DAVID BRICKER,
in his capacity as Chief of
Police for the CITY OF
MANTECA; (FNU) AGUILAR,
individually and in his
official capacity as a police
officer for the CITY OF
MANTECA; and DOES 1-100,
inclusive,

  Defendants.
_____/

The court is in receipt of the parties' stipulation to modify the scheduling order, ECF No. 63.  The parties seek to modify the scheduling order to provide that motions to compel discovery be

1

1  filed by July 31, 2013.
2      This court's status (pretrial scheduling) conference order
3  provided that the dates in the order "shall not be modified except
4  by leave of court upon a showing of good cause" and that
5  "[a]greement by the parties pursuant to stipulation does not
6  constitute good cause."  Order, ECF No. 43, at 10.
7      Good cause has not been shown and, therefore, the court
8  DECLINES to modify the scheduling order as per the parties'
9  stipulation.  The parties may make any agreements between
10 themselves as to discovery, but the court will only enforce the
11 dates in the existing scheduling orders.  See Orders, ECF Nos. 43
12 (Pretrial Scheduling Order), 62 (Order Modifying Pretrial
13 Scheduling Order).
14     IT IS SO ORDERED.
15     DATED:  April 9, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2