JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY DUENEZ, individually, and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.;   D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, Sr., individually; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MANTECA, a municipal corporation; DAVID BRICKER, individually; JOHN MOODY, individually;  and DOES 2-100, inclusive, <br><br> Defendants. <br> _____ / | Case No.  2:11-cv-01820-LKK-KJN <br><br> **PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLRATION IN SUPPORT THEREOF; ORDER** |

**APPLICATION**

Plaintiffs hereby apply for an order allowing Plaintiffs to exceed the page limit for a memorandum of points and authorities in support of the Motion for Summary Judgment.

Plaintiffs respectfully submit that good cause exists to allow them to exceed the Court's standard thirty (30) page limitation, by five (5) pages, because the nature of the claims involving both federal constitutional claims and state law claims, as against multiple defendants both individual and

entities, together with the number of witness both percipient and expert depositions and universe of evidence involved in this matter, render it impossible to address the complicated issues involved in this litigation within the page limitation provided by the Court's general order. Plaintiffs have met and conferred with Defendants' counsel on this issue, and Defendants do not oppose Plaintiffs' request to exceed the page limitation. Based on the foregoing, Plaintiffs submit that good cause exists, and the Court should grant this application.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 1, 2013 | **The Law Offices of John L. Burris** |
|  |  |
|  | _____/s/Benjamin Nisenbaum_____ |
|  | Ben Nisenbaum |
|  | Attorney for Plaintiff |

Plaintiffs' Application to Exceed Page Limits for Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment
DUENEZ, et al. v. CITY OF MANTECA, et al.

2

## II.

## DECLARATION OF BENJAMIN NISENBAUM

I, Benjamin Nisenbaum, under penalty of perjury, declare as follows:

1. I am a member of the law firm Law Offices of John L. Burris. I am a member in good standing of the State Bar of California and am admitted to practice law in all the courts in the State of California and the United States District Court, Eastern District of California. I am counsel for Plaintiffs in this action.

2. The operative complaint in this matter contains eight causes of action. Plaintiffs are seeking summary judgment on each cause of action. Moreover the universe of evidence involved in this litigation is voluminous given the number of parties and witnesses, both percipient and expert depositions, reports, and other materials. Plaintiffs have in good faith attempted to address the complicated and numerous issues involved in this litigation within the page limitation provided by the Court's general order. Plaintiffs anticipate needing thirty-five (35) pages to sufficiently set forth arguments why summary judgment in favor of Plaintiffs should be imposed. I have met and conferred with Defendants' counsel and they do not opposed Plaintiffs' request to exceed the page limits in this matter.

3. Accordingly, on behalf of Plaintiffs, I respectfully request leave to exceed the page limitations by the Court's general order.

I declare under penalty of perjury that the foregoing is true and correct and if called to testify as a witness in this matter I can and will testify competently as to the matters of fact contained herein based upon my personal knowledge.

Executed this 1st day of August, 2013 at Oakland, California.

**THE LAW OFFICES OF JOHN L. BURRIS**

By: ____/s/ Benjamin Nisenbaum__
Benjamin Nisenbaum
Attorney for Plaintiffs

Plaintiffs' Application to Exceed Page Limits for Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment
DUENEZ, et al. v. CITY OF MANTECA, et al.

3

**ORDER**

Proof of good cause having been made to the satisfaction of this Court that the application sought for Defendants to exceed the page limits for a memorandum of points and authorities in support of their Motion for Summary Judgment should be granted.

IT IS SO ORDERED that the application be, and hereby is, GRANTED.

IT IS SO ORDERED.

DATE  August 12, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Plaintiffs' Application to Exceed Page Limits for Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment
DUENEZ, et al. v. CITY OF MANTECA, et al.

4