AUSTIN R. GIBBONS, ESQ. SBN 034619
SEAN CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants,
CITY OF MANTECA, DAVID BRICKER,
and JOHN MOODY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY DUENEZ, individually, and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.; D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, Sr., individually,<br><br>    Plaintiffs,<br><br> v.<br><br>CITY OF MANTECA, a municipal corporation; DAVID BRICKER, individually and JOHN MOODY, individually; and DOES 2-100, inclusive,<br><br>    Defendants. | CASE NO. 2:11-CV-01820-LKK-AC<br><br>**DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION IN SUPPORT THEREOF; ORDER** |

## **APPLICATION**

Defendants hereby apply for an order allowing Defendants to exceed the page limit for a memorandum of points and authorities in support of the Motion for Summary Judgment and/or Motion for Partial Summary Judgment.

Defendants respectfully submit that good cause exists to allow them to exceed the Court's standard thirty (30) page limitation, by five (5) pages, because the nature of the claims involving both federal constitutional claims and state law claims, by multiple plaintiffs not all sharing the same

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

1

DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS    CASE NO. C11-02846

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

causes of action and as against multiple defendants both individual and entities. Given the number of separate claims, parties, and differing legal standards, the combination of issues render it impossible to address the numerous issues involved in this litigation within the page limitation provided by the Court's general order. Defendants have met and conferred with Plaintiffs' counsel on this issue, and Plaintiffs do not oppose Defendants' request to exceed the page limitation. Based on the foregoing, Defendants submit that good cause exists, and the Court should grant this application.

Respectfully submitted,

Dated:   August 13, 2013            GIBBONS & CONLEY

By: _____*/s/ Sean Conley*_____
SEAN CONLEY
Attorney for Defendants

## II.

## DECLARATION OF SEAN CONLEY

I, Sean Conley, declare as follows:

1.  I am an attorney admitted to practice before the United States District Court, Eastern District of California. I am one of the attorneys of record for Defendants in this action.

2.  The operative complaint in this matter contains eight causes of action. There are four plaintiffs, one of whom is appearing individually, and as successor in interest, and as guardian ad litem. There are three defendants; the involved officer, his supervisor (sued in his individual capacity), and the City itself. The causes of action include federal claims, some under the Fourth Amendment, some the Fourteenth, some both. There are also several more state law claims, each involving differing elements. Not all Plaintiffs are bringing claims under all causes of actions, and not all Defendants are named under all causes of action. Each cause of action will have to be evaluated separately with respect to each Plaintiff and each Defendant involved. Defendants expect their motion to address each of these causes of action with respect to at least some of the parties and some of the claims. Defendants have in good faith attempted to address the complicated and numerous issues involved in this litigation within the page limitation provided by the Court's general order. Defendants anticipate needing thirty-five (35) pages to sufficiently set forth arguments concerning the numerous causes of actions and parties. I have met and conferred with Plaintiffs' counsel and he does not oppose Defendants' request to exceed the page limits in this matter.

3.  Accordingly, on behalf of Defendants, I respectfully request leave to exceed the page limitations by the Court's general order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   August 13, 2013          GIBBONS & CONLEY

                                  By:  _____*/s/ Sean Conley*_____
                                       SEAN CONLEY
                                       Attorney for Defendants

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

# ORDER

Proof of good cause having been made to the satisfaction of this Court that the application sought for Defendants to exceed the page limits for a memorandum of points and authorities in support of their Motion for Summary Judgment and/or Motion for Partial Summary Judgment should be granted.

IT IS SO ORDERED that the application be, and hereby is, GRANTED.

IT IS SO ORDERED.

DATE:   August 13, 2013.

                                                      _____
                                                      LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

4

DEFENDANTS' APPLICATION TO EXCEED PAGE LIMITS                    CASE NO. C11-02846