UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WHITNEY DUENEZ, individually and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.; D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, SR., individually,

    Plaintiffs,

  v.

CITY OF MANTECA, a municipal corporation; DAVID BRICKER, in his capacity as Chief of Police for the CITY OF MANTECA; (FNU) AGUILAR, individually and in his official capacity as a police officer for the CITY OF MANTECA; and DOES 1-100, inclusive,

    Defendants.

NO. CIV. S-11-1820 LKK/KJN

O R D E R

Pending before the court in the above-captioned case are cross-motions for summary judgment filed by plaintiffs and defendants. The motions are currently set for hearing on September

1

9, 2013. (ECF Nos. 75, 80.)

    For administrative reasons, the hearing will be CONTINUED until September 23, 2013 at 10:00 a.m.  The deadlines for filing oppositions to these motions (August 26, 2013) and replies, if any (September 3, 2013), remain unchanged.

    IT IS SO ORDERED.

    DATED:  August 13, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2