AUSTIN R. GIBBONS, ESQ. SBN 034619
SEAN CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants,
CITY OF MANTECA, DAVID BRICKER,
and JOHN MOODY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY DUENEZ, individually, and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.; D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, Sr., individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MANTECA, a municipal corporation; DAVID BRICKER, individually and JOHN MOODY, individually; and DOES 2-100, inclusive,<br><br>Defendants. | CASE NO. 2:11-CV-01820-LKK-AC<br><br>**ORDER CONTINUING HEARING ON PLAINTIFFS' AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:     September 23, 2013<br>Time:    10:00 a.m.<br>Location: Courtroom 4,<br>             15th Floor |

The Court, having considered the Stipulation for the parties, and Good Cause appearing, hereby orders that the hearing date on Plaintiffs' and Defendants' Motions for Summary Judgment, currently scheduled to be heard on Sept 23, 2013, is continued to November 4, 2013 at 10:00 am.

///

///

---

1

**[PROPOSED] ORDER CONTINUING A HEARING ON PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

CASE NO. C11-02846

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

The above order does not alter the due dates for briefing on these motions.

Dated:    August 22, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

[PROPOSED] ORDER CONTINUING A HEARING ON PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

CASE NO. C11-02846