UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY DUENEZ, individually and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.; D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, SR., individually,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF MANTECA, a municipal corporation; DAVID BRICKER, in his capacity as Chief of Police for the CITY OF MANTECA; (FNU) AGUILAR, individually and in his official capacity as a police officer for the CITY OF MANTECA; and DOES 1-100, inclusive,<br><br>            Defendants. | No.  CIV. S-11-1820 LKK/KJN<br><br>**ORDER** |

   The court finds that it must continue the up-coming Final Pretrial Conference and trial dates.  Accordingly, the court continues the pretrial and trial dates as follows:

1

1. The Final Pretrial Conference is continued to January 13, 2014 at 1:30 p.m.;
2. The jury trial is continued to April 15, 2014 at 10:30 a.m.

IT IS SO ORDERED.

DATED: December 10, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2