UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY DUENEZ, et al.,<br>　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MANTECA, et al.,<br><br>　　　Defendants.<br>_____/ | NO. Civ.S-11-1820 LKK/AC<br><br>**ORDER RE DISPOSAL**<br>**DOCUMENTS AFTER**<br>**<u>NOTIFICATION OF SETTLEMENT</u>** |

　　　The Court has been notified that the parties have received board approval for the settlement reached on February 27, 2014, in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

　　　All hearing dates heretofore set in this matter are hereby **VACATED.**

　　　<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO </u>

<u>//</u>

<u>//</u>

<u>//</u>

1

1 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2 |     IT IS SO ORDERED.
3 |     DATED: March 5, 2014

```
                                 /s/ Lawrence K. Karlton
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
```

2