JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:     (510) 839-5200
Facsimile:      (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY DUENEZ, individually, and as successor-in-interest for Decedent ERNESTO DUENEZ, JR.;   D.D., a minor, by and through his guardian ad litem, WHITNEY DUENEZ; ROSEMARY DUENEZ, individually; and ERNESTO DUENEZ, Sr., individually;<br><br>                  Plaintiffs,<br><br>       vs.<br><br>CITY OF MANTECA, a municipal corporation; DAVID BRICKER, individually; JOHN MOODY, individually;  and DOES 2-100, inclusive,<br><br>                  Defendants.<br>_____/ | Case No.  2:11-cv-01820-LKK-AC<br><br>**APPLICATION FOR AN ORDER SHORTENING TIME ON HEARING TO APPOINT GUARDIAN AD LITEM AND APPROVE MINORS' COMPROMISE AND ORDER**<br><br>**Local Rule 144(e)**<br>No hearing date set<br><br>Honorable Lawrence K. Karlton<br>United States District Judge |

   Petitioner respectfully requests that the Court issue an Order shortening time to hear Plaintiffs' Motion to Appoint Guardian Ad Litem and Approve Minor's Compromise in this action.

   The Application to shorten time is necessary under Local Rule 144(e) because the structured settlement for Minor Plaintiff D.D. requires funding by April 15, 2014. If funding does not occur by that date, then Minor Plaintiff D.D. will have to seek a new structured settlement, whose rates are likely to be less advantageous for him.  Since it will take time for the Court to issue a written order approving the minor's compromise, and further time from when the written order is issued for

Defendants to transfer settlement funds to the structure settlement company, Plaintiffs request that the Court shorten time for the hearing of instant motion, which was filed with the Court on March 11, 2014, such that the hearing can be held on the Court's regularly scheduled law and motion day on March 31, 2014, at 9:30 a.m.

The settlement agreement in this action has been signed by all Plaintiffs and returned to defense counsel. Full execution of the settlement remains contingent only on the Court's approval of the pending Motion to Appoint Guardian Ad Litem and Approve Minor's Compromise, which no party objects to.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 19, 2014                    /s/*Benjamin Nisenbaum*_____
                                          Ben Nisenbaum
                                          Attorney for Plaintiffs

**ORDER**

Good cause shown, based on the funding date of the structured settlement for Minor Plaintiff D.D. requiring funding no later than April 15, 2014, Plaintiffs' Application for an Order Shortening Time is granted. Plaintiffs Petition to Appoint Guardian Ad Litem and Approve Minor's Compromise shall be heard on April 7, 2014, at 10:00 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated:  March 24, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT